

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00375-CV

Richard Antonio **MENDOZA**,
Appellant

v.

**DONORE SQUARE HOMEOWNERS ASSOCIATION**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-20931
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

      This is an accelerated appeal. Appellee has filed its second motion for extension of time to file its brief. The motion is granted. Appellee's brief is due September 6, 2022. No further extensions of time will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court